IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

_____ FILED        _____ ENTERED
_____ LOGGED       __✓__ RECEIVED

MAY 22 2023

AT GREENBELT
CLERK, U.S. DISTRICT COURT
DISTRICT OF MARYLAND

BY _____ DEPUTY

Graham Schiff
_____
_____
_____

(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)

-against-

Anthony Brown, In His Official Capacity as Attorney General of Maryland
_____

(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)

**Complaint for a Civil Case**

Case No. JMC 23CV1376

*(to be filled in by the Clerk's Office)*

Jury Trial:   ☐ Yes   ☐ No
              *(check one)*

## I. The Parties to This Complaint

### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | Graham Schiff |
| Street Address | 7814 Aberdeen Road |
| City and County | Bethesda Montgomery |
| State and Zip Code | Maryland 20814 |
| Telephone Number | 2402002737 |
| E-mail Address | grahamhschiff@gmail.com |

### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known). Attach additional pages if needed.

Defendant No. 1

| | |
|---|---|
| Name | Anthony Brown |
| Job or Title (if known) | Maryland Attorney General |
| Street Address | 200 St. Paul Place |
| City and County | Baltimore City |
| State and Zip Code | Maryland 21202 |
| Telephone Number | |
| E-mail Address (if known) | |

2

Defendant No. 2

    Name _____
    Job or Title
    (if known) _____
    Street Address _____
    City and County _____
    State and Zip Code _____
    Telephone Number _____
    E-mail Address
    (if known) _____

Defendant No. 3

    Name _____
    Job or Title
    (if known) _____
    Street Address _____
    City and County _____
    State and Zip Code _____
    Telephone Number _____
    E-mail Address
    (if known) _____

Defendant No. 4

    Name _____
    Job or Title
    (if known) _____
    Street Address _____
    City and County _____
    State and Zip Code _____
    Telephone Number _____
    E-mail Address
    (if known) _____

*(If there are more than four defendants, attach an additional page providing the same information for each additional defendant.)*

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

☒ Federal question    ☐ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A. If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

First Amendment Free Speech,

14th Amendment Due Process,

_____

### B. If the Basis for Jurisdiction Is Diversity of Citizenship

1. The Plaintiff(s)

    a. If the plaintiff is an individual

        The plaintiff, *(name)* _____, is a citizen of the State of *(name)* _____.

    b. If the plaintiff is a corporation

        The plaintiff, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____.

    *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

4

2.  The Defendant(s)

    a.  If the defendant is an individual

        The defendant, *(name)* _____, is a citizen of the State of *(name)* _____. *Or* is a citizen of *(foreign nation)* _____.

    b.  If the defendant is a corporation

        The defendant, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____. *Or* is incorporated under the laws of *(foreign nation)* _____, and has its principal place of business in *(name)* _____.

    *(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3.  The Amount in Controversy

    The amount in controversy—the amount the plaintiff claims the defendant owes or the amount at stake—is more than $75,000, not counting interest and costs of court, because *(explain)*:

    _____
    _____
    _____

### III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

see attached

1. Maryland Code Criminal Law, § 9-305 is written to protect against jury, witness, or court officer tampering. Unfortunately, certain language in the statute renders it to be facially overbroad in violation of first amendment free speech, facially vague in violation of the 14th amendment's due process clause, and also in violation of jurisdictional due process.

**Standing:**
2. In October of 2022, the plaintiff was illegally arrested via this law, due to a statement he made to the wife of Supreme Court Justice Brett Kavanaugh. The case was later dismissed. As a result, the plaintiff has grounds to bring suit against the Kavanaughs, for various torts related to abuse of court process and free speech retaliation. While no such litigation has been filed at this time, Schiff has until October of 2025 to file such claims.

3. Because of these circumstances, Schiff may need to contact the Kavanaughs, a fact which is presently causing him to self-censor himself. Based on his past experience of being abused by the Kavanaughs through this law, Schiff has legitimate fear of them using it to retaliate against him once again, due to the inference that they would probably not welcome having a suit filed against them.

4. Schiff was arrested for stating he might ruin J. Kavanaugh's "career and reputation", a perfectly legal statement. Due to the nature of the present circumstances, Schiff would like to freely opine to the Kavanaughs, his opinions on how such a potential suit would further harm Kavanaugh's career and reputation. As such, Schiff is self-censoring, out of fear that this statute will be used against him, as it was in the past. This is also affecting his pro se effective counsel rights.

5.Typically standing is achieved when it is shown:

(1) an injury in fact, (2) a sufficient causal connection between the injury and the conduct complained of, and (3) a likelihood that the injury will be redressed by a favorable decision. "Susan B. Anthony List v. Driehaus , 573 U.S. 149, 157–58, 134 S.Ct. 2334, 189 L.Ed.2d 246 (2014).

6. However, standards are more relaxed in free speech cases, as the Fourth Circuit explained in Edgar v. Haines, 2 F.4th 298, 310 (4th Cir. 2021):

"These requirements are, however, "somewhat relaxed in First Amendment cases," given that even the risk of punishment could "chill[ ]" speech. Cooksey v. Futrell , 721 F.3d 226, 235 (4th Cir. 2013) ; see also Sec'y of State of Md. v. Joseph H. Munson Co. , 467 U.S. 947, 956, 104 S.Ct. 2839, 81 L.Ed.2d 786 (1984). Thus, "[i]n First Amendment cases, the injury-in-fact element is commonly satisfied by a sufficient showing of 'self-censorship, which occurs when a claimant is chilled from exercising his right to free expression.' " Cooksey , 721 F.3d at 235 (cleaned up) (quoting Benham v. City of Charlotte,635 F.3d 129, 135 (4th Cir. 2011) ). But this chilling effect "must be objectively reasonable." Benham , 635 F.3d at 135 (cleaned up). In short,

while plaintiffs need not show that the government action led them to stop speaking "altogether," they must show that the action would be "likely to deter a person of ordinary firmness from the exercise of First Amendment rights." Id. (cleaned up).Edgar v. Haines, 2 F.4th 298, 310 (4th Cir. 2021).

7. The chilling effect of Kavanaugh's past abuse of the plaintiff, renders this situation to be perfectly reasonable as far as a facial challenge. This situation is not just affecting Schiff's free speech rights, but also his sixth amendment effective counsel rights, because he is unable to effectively represent himself without contacting the Kavanaughs. It should be noted that he is not looking to contact them for social reasons, but rather to effectively represent himself in relation to a potential tort lawsuit against them.

### 9-305 is Facially Overbroad in Violation of Free Speech
8. The statute reads as follows:

**Prohibited--In general**

(a) A person may not, by threat, force, or corrupt means, try to influence, intimidate, or impede a juror, a witness, or an officer of a court of the State or of the United States in the performance of the person's official duties.

**Prohibited--Solicitation**

(b) A person may not solicit another person to, by threat, force, or corrupt means, try to influence, intimidate, or impede a juror, a witness, or an officer of the court of the State or of the United States in the performance of the person's official duties.

9. The use of the words and phrases "threat", "corrupt means", "influence", "intimidate", and [officer of a] United States court, is all language which either needs to be amended or removed, in order to not render it to be facially overbroad, or otherwise unconstitutional on the aforementioned grounds.

### Threat and Intimidation Render the Law to be Overbroad
10. Previously, Justice Kavanaugh had Schiff charged on the grounds that he had "by threat" attempted to "intimidate" him in the performance of his duties. Threats and Intimidation are held to a very strict standard in first amendment law, as explained in Virginia v. Black:

11. "Intimidation in the constitutionally proscribable sense of the word is a type of true threat, where a speaker directs a threat to a person or group of persons with the intent of placing the victim in fear of bodily harm or death." *Virginia v. Black*, 538 U.S. 343, 344 (2003)

12. Obviously, saying one might ruin one's career or reputation cannot ever meet that strict standard, yet Justice Kavanaugh still allowed Schiff to be charged on insufficient grounds.

13. A statute is overbroad on its face if it prohibits constitutionally protected activity as well as activity that may be prohibited without offending constitutional rights. Grayned v. City of Rockford, 408 U.S. 104, 114, 92 S.Ct. 2294, 33 L.Ed.2d 222 (1972). Consequently, the

overbreadth doctrine permits a party to challenge a statute as a facial violation of the first amendment, even if that party's conduct would not fall within the amendment's protection. Broadrick v. Oklahoma, 413 U.S. 601, 612, 93 S.Ct. 2908, 37 L.Ed.2d 830 (1973);

14. The justification for allowing an overbreadth challenge is the important goal of avoiding the potential chilling effect that overbroad statutes have on the exercise of protected speech. Virginia v. Hicks, 539 U.S. 113, 119, 123 S.Ct. 2191, 156 L.Ed.2d 148 (2003); Board of Airport Commissioners v. Jews for Jesus, Inc., 482 U.S. 569, 574, 107 S.Ct. 2568, 96 L.Ed.2d 500 (1987).

15. A statute "may be invalidated as overbroad if 'a substantial number of its applications are unconstitutional, judged in relation to the statute's plainly legitimate sweep.'" Stevens, 559 U.S. at 473, 130 S.Ct. 1577 (quoting Washington State Grange v. Washington State Republican Party, 552 U.S. 442, 449 n.6, 128 S.Ct. 1184, 170 L.Ed.2d 151 (2008)).

16. The initial step in overbreadth analysis is to examine the challenged legislation because "it is impossible to determine whether a statute reaches too far without first knowing what the statute covers." United States v. Williams, 553 U.S. 285, 293, 128 S.Ct. 1830, 170 L.Ed.2d 650 (2008). As set forth above, this statute references threats and intimidations going far beyond the constitutional-meaning of those words, rendering it to be facially overbroad.

17. It therefore, imposes a content-based restriction on speech which embraces a vast array of circumstances that limit speech far beyond the generally understood meaning of threats or intimidations. Indeed, the provision criminalizes any number of commonplace situations in which an individual engages in expressive activity that might offend a witness, juror, or court officer. The broad sweep of the of the law, reaches a host of interactions that a person would find threatening, but are clearly understood to fall within the protections of the first amendment.

18. For example, the law prohibits a person from saying they might ruin the career of a Supreme Court Justice because said person had filings stolen by court clerks. Such a person could be prosecuted if the literal dictionary meaning of threat and intimidation is employed, rather than the constitutional free speech meanings.

19. The Supreme Court has acknowledged that "[m]ost of what we say to one another lacks 'religious, political, scientific, educational, journalistic, historical, or artistic value' (let alone serious value), but it is still sheltered from Government regulation." (Emphasis in original.) Stevens, 559 U.S. at 479, 130 S.Ct. 1577. Given the wide-ranging scope of the first amendment, its protection presumptively extends to many forms of speech that would fall within the broad spectrum of speech restricted by this law.

20. The example of the person threatening to ruin someone's career illustrates the point. If the recipient of such a message claims to be threatened or intimidated, it could be the basis of a prosecution under this law.

21. Given the wide range of constitutionally protected activity covered by the words threat and intimidation, this court should conclude that a substantial number of its applications are unconstitutional when judged in relation to its legitimate sweep. See Stevens, 559 U.S. at 473, 130 S.Ct. 1577. Accordingly, the degree of overbreadth is substantial, rendering the law as overbroad on its face. This court should hold that these words violate the first amendment on its face, and must be invalidated by this court.

22. If the state wishes to invoke the words threat or intimidation, it must explicitly state their constitutional meaning in the statute, because otherwise it is simply overbroad on its face.

### Corrupt Means Render the Law as Facially Overbroad and Vague

23. The plaintiff incorporates the prior text describing how a law can be rendered to be facially overbroad in violation of the first amendment.

24. In the case of the phrase "corrupt means", that phrase is too vague and overbroad, which could criminalize both conduct and speech that denies an individual of their due process rights under the 14th amendment. The explanation for such, is rather basic:

25. The phrase corrupt means, applied under this law, could render completely legal conduct or speech to be criminal, if the state arbitrarily determines that it had a corrupt intent. Google's dictionary defines corrupt as:

*"having or showing a willingness to act dishonestly in return for money or personal gain."*

26. Applied to this law, such a word is facially vague, because it allows the state to criminalize legal conduct on the grounds that its corrupt. For example, suppose a defendant going on trial, marries a state's witness while incarcerated, thereby allowing them to invoke spousal immunity in court. If the court were to determine that the defendant had done this out of love for the witness, it would be completely legal conduct.

27. However, if the court were to determine that it was done for the purpose of tampering with the trial, then it would be rendered as a crime under this law. Due to the lack of legal authority in this area, the court must recognize how "corrupt means" is too vague to meet constitutional due process standards.

28. The analysis does not stop with conduct, but also speech. If a defendant asked a state's witness to marry them, implicating content-speech, it would be considered free speech, if it was done out of love. However, if the court determined that this proposal came for the purpose of trial tampering, then it would be rendered as a crime, and speech integral to criminal conduct.

29. There is no first amendment free speech exception for saying things with a corrupt intent. Given the wide range of constitutionally protected activity covered by the phrase corrupt means, this court should conclude that a substantial number of its applications are unconstitutional when

judged in relation to its legitimate sweep. See Stevens, 559 U.S. at 473, 130 S.Ct. 1577. Accordingly, the degree of overbreadth and vagueness is substantial, rendering the law as overbroad and vague on its face. This court should hold that the use of the phrase "corrupt means" violates the first and 14th amendments on its face, and must be invalidated by this court.

### The Word Influence Renders the Law as Facially Overbroad

30. Incorporating the arguments made in the preceding section, the same facially overbroad free speech issue arises due to the word influence. The nature of being an attorney, largely comes from one's ability to influence, defined as:

*"the capacity to have an effect on the character, development, or behavior of someone or something, or the effect itself."*

31. The use of this word in this law, creates a degree of overbreadth and vagueness that is substantial, rendering the law as overbroad and vague on its face.

32. For example, a defendant could be prosecuted under this law, for speech directed at court officers, with the intent to have their case dismissed. Such a person would be attempting to "influence" a court officer, despite the fact such speech would implicate numerous first amendment protections, most notably: public-concern and content speech.

33. Influencing witnesses, jurors, and court officers is essentially the basic element of law. As such, the word within this law can render completely legal speech to be a crime, if it is arbitrarily determined to be for the purpose of influencing.

34. There is no first amendment free speech exception for influencing people. Given the wide range of constitutionally protected activity covered by the word influence, this court should conclude that a substantial number of its applications are unconstitutional when judged in relation to its legitimate sweep. See Stevens, 559 U.S. at 473, 130 S.Ct. 1577.

### The Provision Which Covers An Officer of a United States (Federal) Court Is Jurisdictionally Invalid on Its Face, In Violation of Due Process

35. A few years ago, this law was amended to include federal court officers. If it stated that it only applied to federal court officers within the jurisdiction of Maryland Courts, then it would be constitutional. However, without that being specified, that provision is plainly unconstitutional on due process grounds, because a MD State court does not have jurisdiction to prosecute someone for attempting to tamper with a US Court, outside of the federal District of Maryland.

36 When Schiff was charged for his non-threat directed at Brett Kavanaugh, it was in relation to his official duties as a federal court officer, not in MD, but in Washington DC. While Schiff and Kavanaugh are both residents of Montgomery County, Kavanaugh's judicial jurisdiction is limited to Washington DC, at the Supreme Court.

37. The state of MD does not have grounds to prosecute someone who while residing in MD, attempts to tamper with a federal court outside of MD. Even if it were related to the Fourth Circuit, which oversees MD, it would still be plainly unconstitutional, because of its location in Virginia.

38. Therefore, the language referencing United States court officers must either be struck from the law, or amended to specify United States courts which are located in the Maryland state jurisdiction of Maryland.

## Requested Relief:

39. A declaratory judgment that based on the facts presented in the complaint, Maryland Code 9-305 is facially overbroad in violation of first amendment free speech (threat, intimidation, corrupt means, and influence), unconstitutionally vague in violation of 14th amendment due process (corrupt means and influence), and jurisdictionally unconstitutional for referencing United States court.

and/or

40. An injunction ordering the state of Maryland to alter this law to be constitutional under federal law.

and/or

41. An injunction allowing Schiff to hire private counsel at the expense of the state, in order to handle his civil tort claims against Justice Kavanaugh(in order to prevent any contact on the part of Schiff towards the Kavanaughs)

42. Any other relief deemed necessary or appropriate,

IV. **Relief**

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages. For any request for injunctive relief, explain why monetary damages at a later time would not adequately compensate you for the injuries you sustained, are sustaining, or will sustain as a result of the events described above, or why such compensation could not be measured.

**see attached**

## V.   Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.   For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: May 19th, 2023

Signature of Plaintiff     *Graham Schiff*
Printed Name of Plaintiff   Graham Schiff

*(If more than one plaintiff is named in the complaint, attach an additional certification and signature page for each additional plaintiff.)*

### B.   For Attorneys

Date of signing: _____, 20__.

Signature of Attorney    _____
Printed Name of Attorney _____
Bar Number               _____
Name of Law Firm         _____
Address                  _____
Telephone Number         _____
Email Address            _____

8